# MEMORANDUM DECISIONS.

ENOCH W. AGNEW, PLAINTIFF IN ERROR, VS. W. S. BULLOCK, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Marion county.

*E. W. Agnew* in *pro per.*

*John G. Reardon,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error.

Writ of error dismissed on præcipe of plaintiff in error in *pro per.*

---

ENOCH W. AGNEW AND ALICE A. VOGT, PLAINTIFFS IN ERROR, VS. THE STANDARD SEWING MACHINE COMPANY, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Marion county.

*W. K. Zewadski,* for Plaintiffs in Error.

No appearance for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff and the defendants take writ of error.

Writ of error dismissed on præcipe of counsel for plaintiffs in error.